Michael J. Anderson #8834277
Name and Inmate Booking Number

CLARK COUNTY DETENTION CENTER
Place of Confinement

Po-Box. 43059
Mailing Address

LAS VEGAS, NEVADA 89116
City, State, Zip Code

FILED

SEP 21 2026

US DISTRICT COURT
DISTRICT OF NEVADA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

MICHAEL JEROME ANDERSON,
Plaintiff

vs.

(1) office MARTINEZ PN 19733
(2) RYAN ROTTA #13422,
(3) BROOKS WEST #16134,
(4) D. TAPIA PB 10044 CCDC,
(5) SGT NIELSON PN 8131,
Defendant(s).

Case No. ____________________
(To be supplied by Clerk of Court)

**CIVIL RIGHTS COMPLAINT BY AN INMATE**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

☒ Jury Trial Demanded

## A. JURISDICTION

1) This Court has jurisdiction over this action pursuant to:

☒ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983

☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971)

☐ Other: ____________________

2) Institution/city where Plaintiff currently resides: LAS VEGAS, NV

3) Institution/city where violation(s) occurred: Enterprise/Clark County, LAS VEGAS

## B. DEFENDANTS

1. Name of first Defendant: BROOKS WEST # 16134. The first Defendant is employed as: POLICE DETECTIVE at LAS VEGAS METROPOLITAN POLICE DEPARTMENT.
   (Position of Title) (Institution)

2. Name of second Defendant: RYAN ROTTA #13422. The second Defendant is employed as: POLICE DETECTIVE at LAS VEGAS METROPOLITAN POLICE DEPARTMENT.
   (Position of Title) (Institution)

3. Name of third Defendant: D. TAPIA. The third Defendant is employed as: POLICE SUPERIOR at LAS VEGAS METROPOLITAN POLICE DEPARTMENT.
   (Position of Title) (Institution)

4. Name of fourth Defendant: SGT. NIELSON PN 8131. The fourth Defendant is employed as: CORRECTIONAL OFFICER at CLARK COUNTY DETENTION CENTER.
   (Position of Title) (Institution)

5. Name of fifth Defendant: OFFICE MARTINEZ PN 19733. The fifth Defendant is employed as: CORRECTIONAL OFFICER MARTINEZ at CLARK COUNTY DETENTION CENTER.
   (Position of Title) (Institution)

**If you name more than five Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. NATURE OF THE CASE

Briefly state the background of your case.

I WAS DRIVING TO A STOP BEHIND UNMARKED POLICE SUV VEHICLE, ON BERMUDA STREET. EXITING STRIP MALL PARKING LOT, BEFORE POLICE SUV REVERSE SLAM THE VEHICLE I'M DRIVING BY BACKING INTO ME. THEN A SECONDED UNMARKED POLICE TRUCK RAMMED THE VEHICLE I WAS DRIVING FROM BEHIND BLOCK THE VEHICLE I WAS DRIVING IN POSITION DRAW GUN'S ON ME, ORDER ME TO LOWER DOWN DRIVER CAR WINDOW, ORDER ME TO CRAWL OUT WINDOW THEN PUT ME IN HANDCUFFS. POLICE EMPTY MY POCKETS TOOK FUNDS, WALLETS, SEARCH MY CONTENTS. THEN I WAS PLACE INTO BACK OF POLICE CAR AND ESCORTED TO CLARK COUNTY DETENTION CENTER "CCDC" WHERE SERVAL OFFICER'S SLAM MY FACE ONTO BUNK BED, CHOKED BY NECK, WHERE OFFICER PUT KNEES ON MY NECK, TWISTING MY ARMS BEHIND MY HEAD CAUSING HAND CUFFS TO CUT INTO MY SKIN ON WRIST BEFORE KICKING ME IN MY PENIS, TOUCHING MY ANNUAL'S, BUTTOCKS, BEFORE LEAVING ME IN CELL WITHOUT MEDICAL ASSISTANCE

## D. CAUSE(S) OF ACTION

### CLAIM 1

1. State the constitutional or other federal civil right that was violated: Fourteeth Amendment

2. **Claim 1**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities ☐ Medical care ☐ Mail

☐ Disciplinary proceedings ☐ Exercise of religion ☐ Property

☐ Access to the court ☐ Excessive force by officer ☐ Retaliation

☐ Threat to safety ☒ Other: False Arrest; unLawful Arrest.

3. **Date(s) or date range** of when the violation occurred: 1-21-2026 To 1-22-2026.

4. **Supporting Facts:** State as briefly as possible the FACTS supporting Claim 1. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

Police officer Ryan Rotta Drove An unmarked Police Vehicle into the CAR I WAS DRIVING CRAShed into it, him serval other police office DRAW guns into my Direction order me To Roll down CAR window Driver side, And To show my Hand's And CRAW out of CAR window. After I Exited CAR via window I WAS Placed into Hand cuff's, search By Empty my Pocket's, Asking my Identity order To sit on Ground, After serval minutes I Ask WAS I Free To leave officer RYAN Rotta (SAID) No! I Told officer If you will Deprive me of my Freedom without cAUSE charges, Then kill me. Before I WAS Place into BACK of Police CAR, Police office made False statements of Seen me getting out CAR And Running To CAR.

Detective Brooks west Ask me did, i wanted to speak with him, I said NO im Trying To get my Health medications, so why yall stopping me. ~~[illegible]~~

Police officer supervisor D. TAPIA #10044 Allow police Detective B. west, RYAN Rotta To unlawfully Arrest me into Clark County Detention center (CCDC) without Probable cause, no Complaint Filed #4033684 See 26-CR-008785 PC -WJCR- Then Released me on False complaint After Being in Custody 14-Plus Hour's Before Filing Additional Charges

## CLAIM 2

1. State the constitutional or other federal civil right that was violated: Fourth Amendment

2. **Claim 2**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities ☐ Medical care ☐ Mail

☐ Disciplinary proceedings ☐ Exercise of religion ☐ Property

☐ Access to the court ☐ Excessive force by officer ☐ Retaliation

☐ Threat to safety ☒ Other: illegal search, seizere.

3. **Date(s) or date range** of when the violation occurred: 1-21-2026 To 1-22-2026.

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 2. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

Police officer Ryan Rotta #13422 Block the vehicle I was Driving And place me in handcuff Before search my pocket's Taking my personal property STATE ID, wallet, Credit CARD's, Funds

Police Detective Brook's west #18134 search my House, Merecedes Benz suv, Taking cell phone. under False search warrant.
Police supervisor D. Tapia #10044

I Arrive At Clark County Detention Center (CCDC) SGT. Nielson (8131) And Correctional Martinez (19733) Escorted me in To Cell An slam Door shut slam me on Bed pull off my Clothes, off Pants and shirt Touch my Annuals penis Bey Force.

**CLAIM 3**

1. State the constitutional or other federal civil right that was violated: EiGth Amendment

2. **Claim 3**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities ☐ Medical care ☐ Mail

☐ Disciplinary proceedings ☐ Exercise of religion ☐ Property

☐ Access to the court ☒ Excessive force by officer ☐ Retaliation

☐ Threat to safety ☐ Other: ______________.

3. **Date(s) or date range** of when the violation occurred: 1-21-2026 1-22-2026.

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 3. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

officer Ryan Rotta #13422 Drove vehicle into the CAR, I WAS Driving By CRASHING into vehicle on Bermuda street.

when I ARRived AT Clark County Detention center (CCDC) And WAS ESCORted To A cell when Correction officer martinez #19733 SgT. NiELSON SlAM me onto Bunk Bed CAUSING me to hit my FACE, officer MARtinez Knee me in my Penis Bench And Twist my ARM CAUSING Hand cuff To injury my wrist Twist my Ankle's, SGT NiELSON ORder officers To Choke me By Placing Knees on my Neck Before Exiting cell without Medical CARE

**If you assert more than three claims, answer the questions listed above for each additional claim on a separate page.**

## E. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while incarcerated? ☐ Yes ☒ No

2. Has this Court or any other court designated you as subject to "three strikes" under 28 U.S.C. § 1915(g)? ☐ Yes ☒ No

3. If you have "three strikes" under 28 U.S.C. § 1915(g), does this complaint demonstrate that you are "under imminent danger of serious physical injury?" ☐ Yes ☒ No

## F. REQUEST FOR RELIEF

I believe I am entitled to the following relief: One Million Dollars "United States of American Currency, officer's Dismiss of Employment for Breach of duty, For Causing me Mentally, Physically Injuries, Loss of Employment, Apartment, wages, Income. Relate to Mobile Detail Business, or Dismiss of False Crime.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

______________________________
(name of person who prepared or helped prepare this complaint if not the plaintiff)

Michael Lerone Anderson
(signature of plaintiff)

9/13/2026
(date)

## ADDITIONAL PAGES

You must answer all questions concisely in the proper space on the form. Your complaint may not be more than 30 pages long. It is not necessary to attach exhibits or affidavits to the complaint or any amended complaint. Rather, the complaint or any amended complaint must sufficiently state the facts and claims without reference to exhibits or affidavits. If you need to file a complaint that is more than 30 pages long, you must file a motion seeking permission to exceed the page limit and explain the reasons that support the need to exceed 30 pages in length.